O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD LOCKETT,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DANIEL PARAMO, and K. HARRIS,<br><br>　　　　　Respondents. | No. CV 13-5842 CAS (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

　　　IT IS ORDERED that judgment be entered dismissing the Petition on the merits with prejudice.

DATED: March 26, 2014

　　　　　　　　　　　　　　　　　　　　　　　_Christina A. Snyder_
　　　　　　　　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge