JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FLOYD LOCKETT, | ) | No. CV 13-5842 CAS (FFM) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DANIEL PARAMO, and K. HARRIS, | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: March 26, 2014

*/s/ Christina A. Snyder*

CHRISTINA A. SNYDER
United States District Judge